IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP JONES, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:21-cv-584-CWR-LGI ) |
| GENERAL MOTORS, LLC; *et al.*, | ) ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter came before the Court on the joint motion, *ore tenus*, of counsel for the Plaintiff Phillip Jones ("Plaintiff") and counsel for the Defendants General Motors LLC and Joyson Safety Systems Acquisition, LLC (collectively "Defendants") for dismissal of Plaintiff's claims against Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court, having considered the motion and finding that the parties are in agreement, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE ORDERED AND ADJUDGED that Plaintiff's claims against Defendants are hereby dismissed without prejudice, with all parties to bear their own costs, expenses, and attorney's fees.

SO ORDERED, ADJUDGED, AND DECREED this 23rd day of November, 2021.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT COURT JUDGE

1

AGREED BY:


*/s/ Tiffany Horton-Williams*
Tiffany Horton-Williams
HORTON-WILLIAMS LAW FIRM, LLC
6791 S. Siwell Rd., Suite D
Byram, MS 39272
(769) 251-5785
attyhortonwilliams@gmail.com
**Counsel for Plaintiff**


*Bridget E. Harris*
Rachel M. Lary (MSB#105794)
Bridget E. Harris (*admitted PHV*)
LIGHTFOOT, FRANKLIN & WHITE
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700 Telephone
(205) 581-0799 Facsimile
rlary@lightfootlaw.com
bharris@lightfootlaw.com
**Counsel for Defendant General Motors LLC**


*J. Patrick Strubel*
J. Patrick Strubel (MSB #103737)
WATKINS & EAGER PLLC
Saks Building
1904 First Avenue N., Ste. 300
Birmingham, AL 35203
(205) 598-2100
pstrubel@watkinseager.com
**Counsel for Defendant Joyson Safety Systems Acquisition, LLC**